**[Dostkamd]** [Order Striking Amendment To Schedules]

ORDERED.

**Dated: May 24, 2019**

_[signature]_

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                     Case No.
                                                                           8:19–bk–03039–RCT
                                                                           Chapter 7

Rodolfo Marin


_____Debtor*_____/

### ORDER STRIKING AMENDED SCHEDULE A/B,SCHEDULE C

THIS CASE came on for consideration, without hearing, of the Amended Schedule A/B,Schedule C filed May 23, 2019, Doc. No. 25. The Amended Schedule A/B,Schedule C is deficient as follows:

The Amended Schedule A/B,Schedule C does not contain an appropriate unsworn declaration with signature of the Debtor in compliance with Fed. R. Bankr. P. 1008.

The Amended Schedule A/B,Schedule C does not contain an appropriate signed and dated proof or certificate of service in compliance with Local Rule 9013–1.

The Amendment to Schedules does not include an Amended Summary of Your Assets and Liabilities required for reporting purposes in compliance with 28 U.S.C. § 159(c)(3)(A), (B) and/or (C).

Accordingly, it is **ORDERED:**

The Amended Schedule A/B,Schedule C is stricken without prejudice and with leave to refile after having cured these deficiencies.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.