FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 19-03039 | Trustee Name: | Beth Ann Scharrer |
|---|---|---|---|
| Case Name: | MARIN, RODOLFO | Date Filed (f) or Converted (c): | 04/03/2019 (f) |
| For the Period Ending: | 06/30/2019 | §341(a) Meeting Date: | 05/09/2019 |
| | | Claims Bar Date: | 09/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5107 N. Shade Ave, Sarasota, FL | $7,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Total amount of trust - $500K. Scheduled value is Debtor's portion. | | | | | |
| 2 | 6987 74th St. Cir. E., Bradenton, FL | $426,288.00 | $0.00 | | $0.00 | $426,288.00 |
| 3 | 2016 Jeep Wrangler, 42K miles | $30,000.00 | $0.00 | | $0.00 | FA |
| 4 | boat hull - no engine | $1,000.00 | $1,000.00 | | $0.00 | $1,000.00 |
| 5 | Wearing apparel | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | No value for estate. | | | | | |
| 6 | Chase Bank Account | $7,922.40 | $6,922.40 | | $0.00 | $7,922.40 |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $473,210.40 | $8,422.40 | | $0.00 | $435,210.40 |

**Major Activities affecting case closing:**

07/01/2019   did D send bank stmts for April 2019?  Sent request 7/1

06/03/2019   Employing atty to assist with sale of non-homestead real estate.

**Initial Projected Date Of Final Report (TFR):**   04/15/2020       **Current Projected Date Of Final Report (TFR):**       /s/ BETH ANN SCHARRER

BETH ANN SCHARRER