

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/07/2020 10:00 AM

COURTROOM   9B

**HONORABLE ROBERTA COLTON**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:19-bk-03039-RCT | 7 | 04/03/2019 |

**Chapter 7**

**DEBTOR:**   Rodolfo Marin

**DEBTOR ATTY:**   David Smith

**TRUSTEE:**   Beth Scharrer

**HEARING:**

(1) Motion to Sell Property Free and Clear of Liens re: 6987 74th Street Cir. E., Bradenton, FL 34203 and Pay Secured Creditor and Transactional Costs by Trustee (Doc 42)
(2) Application for Compensation for Jubilee Real Estate, Realtor, Fee: $22,200.00, Expenses: $0.00 by Trustee ( Doc 43)

ELEPHONIC A**APPEARANCES:**: Richard Dauval: Trustee Atty

**RULING:** (1) Motion to Sell Property Free and Clear of Liens re: 6987 74th Street
Cir. E., Bradenton, FL 34203 and Pay Secured Creditor and Transactional
Costs by Trustee   (Doc 42) - GRANTED; ORDER BY DAUVAL
(2) Application for Compensation for Jubilee Real Estate, Realtor, Fee: $22,200.00,
Expenses: $0.00 by Trustee   ( Doc 43) - APPROVED; ORDER BY DAUVAL
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.